UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 APR -1 AM 9:59

U.S. DISTRICT COURT
SOUTHERN DIST OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21CR024 |
| Plaintiff, | JUDGE J. COLE |
| v. | |
| CHRISTOPHER SISK, | **INDICTMENT** |
| Defendant. | 18 U.S.C. § 2 |
| | 18 U.S.C. § 922(g)(1) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(C) |
| | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

## COUNT 1
(Distribution of a Controlled Substance)

On or about October 2, 2020, in the Southern District of Ohio, the defendant, **CHRISTOPHER SISK**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2
(Distribution of a Controlled Substance)

On or about October 22, 2020, in the Southern District of Ohio, the defendant, **CHRISTOPHER SISK**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
### (Distribution of a Controlled Substance)

On or about October 27, 2020, in the Southern District of Ohio, the defendant, **CHRISTOPHER SISK**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 4
### (Distribution of a Controlled Substance)

On or about November 2, 2020, in the Southern District of Ohio, the defendant, **CHRISTOPHER SISK**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 5
### (Possession by a Prohibited Person)

On or about November 6, 2020, in the Southern District of Ohio, the defendant, **CHRISTOPHER SISK**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, that is, a 10mm HS Produkt model XDM semi-automatic handgun bearing serial number BY332933, and ammunition, and the firearms and ammunition were in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 2.**

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses set forth in Counts 1 through 4 of this Indictment, the defendant, **CHRISTOPHER SISK**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s); and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but not limited to:

    a) 10mm HS Produkt model XDM semi-automatic handgun bearing serial number BY332933.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense set forth in Count 5 of this Indictment, the defendant, **CHRISTOPHER SISK**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the commission of the offense, including but not limited to, the firearms and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described above in Forfeiture Allegations 1 and 2, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

\s\
_____
GRAND JURY FOREPERSON

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*[signature]*
KELLY K. ROSSI
SPECIAL ASSISTANT UNITED STATES ATTORNEY

TSM